IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JOSEPH SCHLOSSER                     )
and CORRENNA SCHLOSSER,              )
                                     )
        Plaintiffs,                  )        TC-MD 120060C
                                     )
    v.                               )
                                     )
DEPARTMENT OF REVENUE,               )
State of Oregon,                     )
                                     )
        Defendant.                   )        **DECISION OF DISMISSAL**

        This matter is before the court on Defendant's motion to dismiss on the ground that

Plaintiffs failed to appeal within the 90 days required by ORS 305.280(2).

        A review of Plaintiffs' materials shows the Notice of Deficiency Assessment was mailed

to Plaintiffs on November 16, 2011.  Plaintiffs filed their Complaint on February 17, 2012

(postmarked February 16, 2012).  This interval is two days longer than the 90 days required by

ORS 305.280(2),[1] which was February 14, 2012.  ORS 305.280(2) provides in relevant part:

> "*An appeal* under ORS 323.416 or 323.623 or *from any notice of assessment* or
> refund denial issued by the Department of Revenue with respect to a tax imposed
> under ORS chapter 118, 308, 308A, 310, 314, 316, 317, 318, 321 or this chapter,
> or collected pursuant to ORS 305.620, *shall be filed within 90 days after the date
> of the notice*."

 (Emphasis added).

        The court is not aware of any circumstances that extend the statutory limit of 90 days.

Defendant's motion to dismiss is granted.  Now, therefore,

/ / /

/ / /

---

[1] All references to the Oregon Revised Statutes (ORS) are to 2009.

IT IS THE DECISION OF THIS COURT that Defendant's motion to dismiss is granted.

The Complaint is dismissed.

Dated this ____ day of April 2012.

_____
DAN ROBINSON
MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Dan Robinson on April 23, 2012. The Court filed and entered this document on April 23, 2012.*